**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 29, 2012

RECEIVED MAR 30 2012 JUDGE KAPLAN'S CHAMBERS

BY HAND TO CHAMBERS
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

Re: **United States v. John Campos**
    S7 10 Cr. 336 (LAK)

Dear Judge Kaplan:

The Government writes to respectfully request that the Court exclude time pursuant to the Speedy Trial Act until the scheduled sentencing in this case, June 27, 2012, while the Court is considering the acceptance of the defendant's plea pursuant to Federal Rule of Criminal Procedure 11(c)(3)(A). This exclusion is warranted pursuant to 18 U.S.C. § 3161(h)(1)(G) because the Court is considering a proposed plea agreement and pursuant 18 U.S.C. § 3161(h)(7)(A) because such an exclusion is also in the interests of justice. Mr. Fred Hafetz has informed the Government that he joins in this application.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Arlo Devlin-Brown
Andrew Goldstein
Assistant United States Attorneys
(212)637-2506

*Granted*
SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
3/30/12

cc: Fred Hafetz, Esq. (By Email)